# FILED

08 JUL 16 AM 10:37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

John Good T82633     CV 08     3420    PJH   (PR)
(Name of Plaintiff)                  (Case Number)

E.I.-88 PO BOX 1050 SALINAS VALLEY STATE PRISON
(Address of Plaintiff)

SOLEDAD CA 93960

vs.                                  COMPLAINT

C/O BORROSO

RN MIKE BARKER

DR. ROBERT BOWMAN

(Names of Defendants)

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner:  ☒ Yes    ☐ No

   B. If your answer to A is yes, how many?: __2__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff  John Good

         Defendants  Dept of Correction

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd. 5/96

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)
   Los Angeles Calif    Civil suit

3. Docket Number ___?___

4. Name of judge to whom case was assigned ___?___

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Pending

6. Approximate date of filing lawsuit  6-11-08

7. Approximate date of disposition  ?

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
       ☒ Yes    ☐ No

       If your answer is no, explain why not _____

   C. Is the grievance process completed?    ☐ Yes    ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  C/O Borroso  is employed as  Correctional Officer  at  Silinas Valley State Prison

B. Additional defendants  RN Mike Barker  Registered Nurse  Silinas State Prison  PO Box 1050 Soledad CA 93960

MD Robert Bowman  Doctor  Silinas Valley State Prison PO Box 1050 Soledad CA 93960


COPIED AT STATE EXPENSE COPIER #00426

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

(1) ON 3-4-08 I WAS housed IN A UPPER BUNK (2) ON 4-7-08 I FELL BACKWARDS AND HIT MY HEAD, NECK, BACK (3) ON 4-7-08 I WENT INTO MEDICAL WITH SYMPTOMS I TOLD C/O BORROSO AND RN MIKE BARKER THAT FELT LIKE A STROKE (4) C/O BORROSO TOLD ME TO FILL OUT A MEDICAL REQUEST AND WAIT MY TURN LIKE EVERYONE ELSE (5) RN MIKE BARKER STATED IT WAS PROBLEY A PINCHED NERVE TO HANG UPSIDE DOWN FROM THE PULL UP BARS IT WOULD FIX IT (6) I WENT TO MEDICAL EVERY DAY FOR 10 DAYS BEFORE I SEEN A DOCTOR (7) ON THE 2ND DAY I WENT INTO MEDICAL TO SEE THE DR C/O BORROSO SAID WAIT MY TURN AND IF I DIDNT LIKE IT HE C/O BORROSO SLAMED A 602 GREIVENCE ON HIS DESK AND STATED YOUR THE 602 KING 602 IT YOU 602 EVERYTHING ELSE AND I STILL DID NOT GET TO SEE THE DOCTOR

V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. no cases or statutes.)

(1) COMPENSATORY DAMAGES TO PAY FOR SURGERYS AND AFTER CARE BECAUSE CDCR STAFF WAS NEGLIGENT BY PUTTING ME IN AN UPPER BUNK WITCH CAUSED THE ACCEDENT TO MY INJURYS AND PAIN AND SUFFERING, WITCH IS CRULE AND UNUSEALL BECAUSE THEY CDCR REFUSES ME THE SURGERY I NEED TO NOT BE IN PAIN (2) PUNITIVE DAMAGES BECAUSE THE DEFENDENTS ACTED WITH EVIL MOTIVES OR INTENT BY NOT LETTING ME SEE THE DOCTOR FOR 10 DAYS AFTER I HAD THE FALL WITCH WAS RECKLESS OR CALLOUS INDIFFERENCE VIOLATEING MY CONSTITUTIONAL EIGTH AMENDMENT TO ADEQUATE MEDICAL CARE

Signed this 29 day of JUNE, 2008

_John Good_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6-29-08
(Date)

_John Good_
(Signature of Plaintiff)

COPIED AT STATE EXPENSE
Salinas Valley State Prison
COPY

Facts Sheet                    Attchment 1

⑧ SENCE KDCR HERE AT SiliNAS VAlley STATE pRiSON HAS DeNighed me The SURgERy TO witch DAmAged my C-spine C-5 ThRew C-7 my Symptoms have gRown woRSE

⑨ DR SheRER AT moNTeREy CommuNiTy hospiTAl of MonTeREy SAid with the SURgERy iT would Relive The pRESURE oN my C-spiNe And it would Relive The pAiN I feel

⑩ my pAiN level is BeyoNd A #10 iN the pAiN ScAle

⑪ I feel CDCR wAs ResponciblE foR puTTiNg me oN A Top BuNK wheN iN FAcT They KNew Ive had A SizeURE DisoRdER fRom The 1990's

⑫ CDCR HAs A DeliBERATE INDiffERence To DR SheRER AT The HospiTAl BecAuSE I wAs To pARole iN 70 DAys

⑬ my medicAl CoNditioN is SERiouSE CAUSE iTs left me DisAbled oN my Right Side FACE ARm, leg, NECK

⑭ Im uNAble to sit up Right to long CAUSE I See spoTs ANd BlACK ouT

⑮ I CAN NoT STANd BECAUSE I hAVE No SENCE of BAllANCE

⑯ SENCE Ive BEEN heRE AT SVSP I hAVENT beeN Able To geT ADEquATE mEDicAl CARE foR my medicAl NEEDS

⑰ Eve ADA foRms They gRANT But you NeveR Recive whAt They gRANT you

⑱ INmATE gREvience foRms 602 Don't help with The TREATment you NEEd



6-29-08

To Court Clerk

Please take notice that I John Good T82633 am incarcerated here at Silinas valley state prison PO Box 1050 Soledad Calif 93960 until July 8th 2008 After July 8th 2008 my mailing address will be as follows,

John Good
201 N Yucca Ave Apt H-101
Barstow Calif 92311   mess # (760) 252 4194
or (760) 221-3136

Any and all mail after July 8 2008 please send to my Barstow CA. address

If I need to send any other forms or information please let me know I have all Doctors note, Hospital Reports, who said what the fall is documentated the spinel injurys are noted along with disabilitys, the denighing me surgery cause I was 70 days to parole was documentated by the doctors even the 10 days it took to get to doctor is all in my medical file to witch I have copys so any thing you need as proff please let me know

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN _____ DISTRICT OF _CALIF_

John Good CDC# T82633

SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:

C/O BORROSO
RN Mike BARKER
MD Robert Bowman

TO: (Name and Address of Defendant)
CALIF Dept of Corrections, Silinas valley state prison
PO Box 1050  Soledad Calif 93960

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

[Stamp: Salinas Valley State Prison ORIGINAL]

CLERK

DATE

BY DEPUTY CLERK

John Good T82633
E-1-88  PO Box 1050
Silinas Valley State Prison
Soledad Calif 93960

Att Court Cler
United States
Northern Dis
U.S. Court
450 Go
San Fr

Legal Mail

**STATE PRISON GENERATED MAIL**

RECEIVED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Pro Se

eK Civil Rights
District Court For
;trict
- House
lden Gate Ave
ncisco CA

94102-3483

John Good T82633
P.1-88  PO Box 1050
Salinas Valley State Prison
Soledad Calif 93960

Legal Mail

Att Court Clerk
United States District Court For
Northern District
U.S. Court House
450 Golden Gate Ave
San Francisco CA 94102-3483

c/c Y Minglang 7/3/08