UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

E-filing

John Good
Plaintiff

vs.
c/o BORROSO
RN Mike BARKER
MD Robert BOWMAN
Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

FILED
08 JUL 16 AM 10: 38
RICHARD W. WIEKING
U.S. DISTRICT COURT
ND DISTRICT OF CALIFORNIA

CASE NUMBER: CV 08 3420 PJH (PR)

I, John Good, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. 6-19-08
   MENDEZ LANDSCAPING EDUCATION
   PO BOX 1050 SOLEDAD CA 93960

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No

   b. Rent payments, interest or dividends   ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

   d. Disability or workers compensation payments   ☐ Yes   ☒ No

   e. Gifts or inheritances   ☐ Yes   ☒ No

   f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

COPIED AT STATE EXPENSE

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?  ☐ Yes  ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

7-2-08                                 John Good
_____                  _____
DATE                                    SIGNATURE OF APPLICANT

COPIED AT STATE EXPENSE

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at Silinas Valley State Prison (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____                  _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Good, John T82633__ for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020        [prisoner name]

_____ where (s)he is confined.

    [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __7/7/08__         __L. Macias__
                          [Authorized officer of the institution]

```
D:  TS3030 .701                                              REPORT DATE: 04/04/08
                                                             PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

CCOUNT NUMBER : T82633                       BED/CELL NUMBER: FEB100000000177S
CCOUNT NAME   : GOOD, JOHN CLARK              ACCOUNT TYPE: I
RIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY
 BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
 ----------    ----------    -----------    --------     ---------     ------------
     0.00         0.00          0.00          0.00          0.00           0.00


                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                     ---------
                                                                        0.00
```

Original CDC Trust Statement

Attachment # 4

```
REPORT ID: TS3030  .701                              REPORT DATE: 07/07/08
                                                     PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 07, 2008

ACCOUNT NUMBER : T82633                 BED/CELL NUMBER: FEB1000000000885
ACCOUNT NAME   : GOOD, JOHN CLARK           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
 ---------      --------    -----------     -------       -------      ------------
    0.00          0.00          0.00          0.00          0.00           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.  7/7/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias  SUSP
    TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
  0.00