United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CLARK GOOD,

        Plaintiff,

    v.

Correctional Officer BORROSO; RN MIKE BARKER; MD ROBERT BOWMAN; and CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendants.
_____/

No. C 08-3420 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened when the clerk recieved a complaint and in forma pauperis application from plaintiff carrying the above caption.  The complaint, however, is a copy of a complaint plaintiff had filed a few days earlier, a complaint which had been given case number C 08-3285 PJH (PR).

There was no cover letter explaining that this complaint was a copy, so treating it as an attempt to open a new case was understandable.  Nevertheless, it is apparent from a comparison of this complaint and that in C 08-3285 PJH (PR) that in fact he did not intend to open a new case.  This case is **DISMISSED** without prejudice.  Because it was opened in error, no fee is due.  Plaintiff may disregard the clerk's notice regarding his in forma pauperis application.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 4, 2008.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

G:\PRO-SE\PJH\CR.08\GOOD3420.DSM-DUP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN GOOD,

        Plaintiff,

  v.

BORROSO et al,

        Defendant.

Case Number: CV08-03420 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Good T-82633
Salinas Valley State Prison
E-1-88
P.O. Box 1050
Soledad, CA 93960

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk